UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE CURTIS ROWE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BITER, Warden,<br><br>　　　　　Respondent. | Case No.  1:16-cv-00667-LJO-SKO  HC<br><br>**ORDER TO SHOW CAUSE WHY RESPONDENT SHOULD NOT BE SANCTIONED FOR FAILURE TO RESPOND TO THE PETITION**<br><br>**(Doc. 8)**<br><br>**RESPONSE DUE WITHIN 15 DAYS** |

On May 27, 2016, the Court entered an order directing Respondent to file a response to the petition for writ of habeas corpus in the above-captioned case.  Doc. 8.  Although the order required that the response be filed within 60 days, Respondent has neither filed his response nor requested an extension of time in which to do so.

The Court has discretion to impose any and all sanctions authorized by statute or Rule or within the inherent power of the Court, based on Respondent's failure to comply with the Court's order.  F.R.Civ.P. 11; Local Rule 110.

Accordingly, the Court hereby ORDERS that within 15 days from the date of this order, Respondent shall file a written response to the Court, showing cause why sanctions should not be imposed against him for failure to obey the Court's order of May 27, 2016.  Filing of a response to the petition shall be considered an appropriate response to this order to show cause.

IT IS SO ORDERED.

Dated:   **August 1, 2016**　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1