# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE CURTIS ROWE,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>BITER, Warden,<br><br>　　　　　　Respondent. | Case No. 1:16-cv-00667-LJO-SKO  HC<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br><br>(Doc. 13) |

　　　Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 2, 2016, this Court ordered Respondent to show cause within fifteen days why he should not be sanctioned for failure to file an answer to the petition.  The order provided that the Court would consider Respondent's filing of the answer to be an appropriate response.  On August 2, 2016, Respondent filed a motion to dismiss the petition.

　　　Accordingly, the Court hereby ORDERS that the order to show cause issued August 2, 2016 (Doc. 13), be discharged.  Petitioner is DIRECTED to file his reply (traverse), if any, within the 21-day time period set forth in the order requiring Respondent to file a response and setting briefing schedule (Doc. 8).

IT IS SO ORDERED.

Dated:   **August 3, 2016**　　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1