UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE CURTIS ROWE,<br><br>　　　　　Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER, Warden, Kern Valley State Prison,<br><br>　　　　　Respondent. | CASE NO. 1:16-cv-00667-LJO-SKO  HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Doc. 22) |

　　　As part of his objections to findings and recommendations recommending that the Court dismiss the petition for lack of jurisdiction, Petitioner, proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, moves for appointment of counsel. In habeas proceedings, no absolute right to appointment of counsel currently exists. *See, e.g., Anderson v. Heinze*, 258 F.2d 479, 481 (9th Cir. 1958); *Mitchell v. Wyrick*, 727 F.2d 773, 774 (8th Cir. 1984). Nonetheless, a court may appoint counsel at any stage of the case "if the interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B); Rule 8(c), Rules Governing Section 2254 Cases.

　　　The Court finds no evidence that the interests of justice require the appointment of counsel at this time. The motion for appointment of counsel is DENIED.

IT IS SO ORDERED.

Dated:　**October 26, 2016**　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1